## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JUAN SAN MIGUEL, et al | § | BANKRUPTCY NO.  02-70099-M-7 |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR(S) | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et al | § | |
| | § | |
| | § | |
| | § | |
| PLAINTIFF(S) | § | |
| | § | |
| v. | § | ADVERSARY NO.  03-7024-M |
| | § | |
| JUAN SAN MIGUEL, et al | § | |
| | § | |
| | § | |
| | § | |
| DEFENDANT(S) | § | |

### COMPREHENSIVE SCHEDULING ORDER

Pursuant to Fed R. Civ. P. 16, the following order is made:

1. **DISCOVERY** must be completed by:  November 17,2003

2. **MOTIONS** will be filed by:  November 24, 2003

3. **OTHER PARTIES** will be joined by:  November 17,2003

4. **AMENDMENTS TO PLEADINGS** will be filed by:  November 17, 2003

5. **JOINT WITNESS & EXHIBIT STATEMENT** must be filed by:  February 18, 2004

6. **PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW** must be filed by:

   February 18, 2004

7. **FINAL PRE-TRIAL CONFERENCE** is set for February 25, 2004 @ 9:00 a.m., United States Bankruptcy Court, Bentsen,1701 West Business Hwy 83,  Tenth Floor, McAllen, Texas

   Unresolved pending motions may be ruled upon at this final pre-trial conference.

## JOINT WITNESS AND EXHIBIT STATEMENT

Plaintiff shall file a JOINT WITNESS AND EXHIBIT STATEMENT setting forth the matters discussed below. All counsel are to cooperate in its preparation. Failure to comply may result in sanctions under Federal Rules of Civil Procedure 16 and 37. If any party fails to cooperate, the cooperating party or parties shall timely file a JOINT WITNESS AND EXHIBIT STATEMENT setting forth the name of the non-cooperating party and describing the efforts to obtain that non-cooperating party's cooperation.

1.  A list containing the names and addresses of all witnesses expected to be called during trial. A statement of what facts are expected to be proved by each witness.

    Witness examination times. Anyone expecting to examine a witness must state the amount of time to be reserved for examining that witness.

    The proponent of a witness must state the amount of courtroom time needed for direct examination. The opponent must state the amount of courtroom time needed for cross examination of that witness.

    Examination times must be listed by witness.

    Example:  John Doe.
              45 minutes for direct examination.
              45 minutes for cross examination by Creditor 1.
              20 minutes for cross examination by Creditor 2.

    Failure to provide this information may result in counsel's inability to examine such witness for testimony at trial, or to introduce the exhibits at trial, or may result in other appropriate sanctions unless good cause is shown for such failure(s). This does not apply to rebuttal or impeachment witnesses.

2.  An Exhibit List (form attached) numbering and briefly describing all exhibits to be offered in evidence or referred to in trial. All exhibits must be marked by the parties for identification prior to trial (for example: "Jones Exhibit 1"). ALL EXHIBITS OFFERED AT TRIAL WILL BE ADMITTED INTO EVIDENCE BY AGREEMENT OF COUNSEL except those exhibits specifically disputed in the respective trial statements.

    Counsel are to confer at their earliest convenience for stipulations and the exchange of documents to be offered in evidence at the trial. Documents or physical evidence not presented to opposing counsel prior to trial will be inadmissible during trial, only unless they are for rebuttal or impeachment purposes.

    Any witness or exhibit not identified in the Joint Witness and Exhibit Statements shall not be admitted during trial except on a showing that the evidence was not previously known to the party, and could not have been discovered by reasonable diligence prior to trial.

2

## SUPPLEMENTAL WITNESS AND EXHIBIT STATEMENT

If additional witnesses are required by any party after the filing of a Joint Witness and Exhibit Statement but before the date of the trial, a Supplemental Witness and Exhibit Statement must be filed with the Clerk and served on opposing parties immediately. It must include a statement as to why the additional witness was not disclosed earlier. Whether the witness will be admitted at trial will be determined by the court in its discretion.

### SANCTIONS

Failure to obey this Order will result in sanctions being imposed as authorized in Rule 16(b), Fed. R. Civ. P.

DATED: _____ **SEP 2 5 2003**

RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

3

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

MAIN/ADV NO. _____

WITNESS: _____

_____

_____

_____

_____

_____

_____

_____

_____

DEBTOR _____

VS _____

JUDGE _____

COURTROOM STAFF _____

DATE _____ AT _____

PARTY'S NAME _____

ATTORNEY'S NAME _____

ATTORNEY'S PHONE _____

NATURE OF PROCEEDING _____

### EXHIBIT LIST

| NO | DESCRIPTION | NR | OF | OJ | AM | DT | Disposition After Trial |
|----|-------------|----|----|----|----|----|-------------------------|
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |
|    |             |    |    |    |    |    |                         |

**NOTE:  This exhibit list is to be prepared in advance of trial by parties and furnished to the court in duplicate and served on the opposing parties.**