IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JUAN SAN MIGUEL, et al | § | BANKRUPTCY NO.  02-70099-M-7 |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR(S) | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et al | § | |
| | § | |
| | § | |
| | § | |
| PLAINTIFF(S) | § | |
| | § | |
| v. | § | ADVERSARY NO.  03-7024-M |
| | § | |
| JUAN SAN MIGUEL, et al | § | |
| | § | |
| | § | |
| | § | |
| DEFENDANT(S) | § | |

COMPREHENSIVE SCHEDULING ORDER

Pursuant to Fed R. Civ. P. 16, the following order is made:

1.  **DISCOVERY** must be completed by: November 17,2003

2.  **MOTIONS** will be filed by: November 24, 2003

3.  **OTHER PARTIES** will be joined by: November 17,2003

4.  **AMENDMENTS TO PLEADINGS** will be filed by: November 17, 2003

5.  **JOINT WITNESS & EXHIBIT STATEMENT** must be filed by: February 18, 2004

6.  **PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW** must be filed by:

    February 18, 2004

7.  **FINAL PRE-TRIAL CONFERENCE** is set for February 25, 2004 @ 9:00 a.m.,
United States Bankruptcy Court, Bentsen,1701 West Business Hwy 83,  Tenth
Floor, McAllen, Texas

    Unresolved pending motions may be ruled upon at this final pre-
trial conference.

1

## JOINT WITNESS AND EXHIBIT STATEMENT

Plaintiff shall file a JOINT WITNESS AND EXHIBIT STATEMENT setting forth the matters discussed below. All counsel are to cooperate in its preparation. Failure to comply may result in sanctions under Federal Rules of Civil Procedure 16 and 37. If any party fails to cooperate, the cooperating party or parties shall timely file a JOINT WITNESS AND EXHIBIT STATEMENT setting forth the name of the non-cooperating party and describing the efforts to obtain that non-cooperating party's cooperation.

1.    A list containing the names and addresses of all witnesses expected to be called during trial. A statement of what facts are expected to be proved by each witness.

Witness examination times. Anyone expecting to examine a witness must state the amount of time to be reserved for examining that witness.

The proponent of a witness must state the amount of courtroom time needed for direct examination. The opponent must state the amount of courtroom time needed for cross examination of that witness.

Examination times must be listed by witness.

Example:  John Doe.
          45 minutes for direct examination.
          45 minutes for cross examination by Creditor 1.
          20 minutes for cross examination by Creditor 2.

Failure to provide this information may result in counsel's inability to examine such witness for testimony at trial, or to introduce the exhibits at trial, or may result in other appropriate sanctions unless good cause is shown for such failure(s). This does not apply to rebuttal or impeachment witnesses.

2.    An Exhibit List (form attached) numbering and briefly describing all exhibits to be offered in evidence or referred to in trial. All exhibits must be marked by the parties for identification prior to trial (for example: "Jones Exhibit 1"). ALL EXHIBITS OFFERED AT TRIAL WILL BE ADMITTED INTO EVIDENCE BY AGREEMENT OF COUNSEL except those exhibits specifically disputed in the respective trial statements.

Counsel are to confer at their earliest convenience for stipulations and the exchange of documents to be offered in evidence at the trial. Documents or physical evidence not presented to opposing counsel prior to trial will be inadmissible during trial, only unless they are for rebuttal or impeachment purposes.

Any witness or exhibit not identified in the Joint Witness and Exhibit Statements shall not be admitted during trial except on a showing that the evidence was not previously known to the party, and could not have been discovered by reasonable diligence prior to trial.

### SUPPLEMENTAL WITNESS AND EXHIBIT STATEMENT

If additional witnesses are required by any party after the filing of a Joint Witness and Exhibit Statement but before the date of the trial, a Supplemental Witness and Exhibit Statement must be filed with the Clerk and served on opposing parties immediately.  It must include a statement as to why the additional witness was not disclosed earlier.  Whether the witness will be admitted at trial will be determined by the court in its discretion.

### SANCTIONS

Failure to obey this Order will result in sanctions being imposed as authorized in Rule 16(b), Fed. R. Civ. P.

DATED: _____ **SEP 2 5 2003** _____

RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

3

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

| MAIN/ADV NO. | DEBTOR |
|---|---|
| WITNESS: | VS |
| | JUDGE |
| | COURTROOM STAFF |
| | DATE                    AT |
| | PARTY'S NAME |
| | ATTORNEY'S NAME |
| | ATTORNEY'S PHONE |
| | NATURE OF PROCEEDING |

### EXHIBIT LIST

| NO | DESCRIPTION | NR | OF | OJ | AM | DT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**NOTE:  This exhibit list is to be prepared in advance of trial by parties and furnished to the court in duplicate and served on the opposing parties.**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE  OF  SERVICE

```
District/off: 0541-7          User: mkad           Page 1 of 2            Date Rcvd: Sep 26, 2003
Case: 03-07024               Form ID: PDF          Total Served: 1


The following entities were served by first class mail on Sep 28, 2003.
aty        Rodolfo David Sanchez,   Texas Rural Legal Aid,   300 S Texas Blvd,   Weslaco, TX  78596

The following entities were served by electronic transmission.
NONE.                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
db         [ *** NO NAME OR ADDRESS SUPPLIED *** ]
pla        Agustin Martinez
pla        Alberto Rodriguez
pla        Alexandra Magana
pla        Alvaro Valdez
pla        Amalia Martinez
pla        Arandu Rodriguez
pla        Barbara Martinez
pla        Berenisa Trejo
pla        Blas Martinez, Jr
pla        Blas Martinez, Sr
pla        Brenda Aguilar
pla        Christian Trejo
pla        Consuelo Martinez
pla        Daniel Rendon
pla        Efrain Ortiz
pla        Elisa Rodriguez
pla        Elizabeth Guerrero
pla        Erika Velasquez
pla        Gisela Velasquez
pla        Gregorio Velasquez
pla        Hector Magana, Jr
pla        Hector Magana, Sr
pla        Isaac Martinez
pla        Isidro Aguilar
pla        Israel Martinez
pla        Jessica Velasquez
pla        Jesus Rivera
pla        Jonathan Guerrero
pla        Jorge Martinez
pla        Jose Manuel Rivas, Jr
pla        Jose Manuel Rivas, Sr
pla        Jose Perez
pla        Juan Lucio Villarreal
dft        Juan San Miguel, Sr
pla        Juan Trejo
pla        Julian Rivera
pla        Lilia Villarreal
pla        Lino Rendon
pla        Luz Guerrero
pla        Magda Valdez
pla        Marceleno Rodriguez
pla        Maria Arcadea Rivera
pla        Maria Carmen Rodriguez
pla        Maria De La Luz Valdez
pla        Maria De Los Angeles Velasquez
pla        Maria Lilia Villarreal
pla        Maria Rendon
pla        Maria Rodriguez
pla        Maria Villarreal
pla        Maria Zamora Magana
pla        Marissa Martinez
pla        Martin Guerrero, Jr
pla        Martin Guerrero, Sr
pla        Martin Valdez, Jr
pla        Martin Valdez, Sr
pla        Merced Ramos-Cantu
pla        Nohemi Magana
pla        Norma Magana
pla        Norma Valdez
pla        Osborn Rodriguez
pla        Oscar Valdez
pla        Perla Rodriguez
pla        Procopio Rodriguez
pla        Rafael Velasquez
pla        Raphael Villarreal
pla        Ricardo Rivera
pla        Roberto Rivera
pla        Roel Velasquez
pla        Santiago Rodriguez
pla        Susana De Los Reyes
pla        Vanessa Martinez
pla        Veronica Villarreal
pla        Victor De Los Reyes, Jr
pla        Victor De Los Reyes, Sr
dft        Yolanda San Miguel, Sr
pla        Yvonne Trejo
```

```
District/off: 0541-7        User: mkad              Page 2 of 2            Date Rcvd: Sep 26, 2003
Case: 03-07024             Form ID: PDF            Total Served: 1

          ***** BYPASSED RECIPIENTS (continued) *****
pla       Yzette Trejo
                                                                          TOTALS: 78, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Sep 28, 2003**                    **Signature:**