UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
<u>MCALLEN</u>  DIVISION

| | | |
|---|---|---|
| IN RE § | CASE NO. 02-70099-M-7 | |
| JUAN SAN MIGUEL and § | CHAPTER 7 | |
| YOLANDA SAN MIGUEL, SR. § | | |
| Debtor § | | |

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et. al. § | | |
| § | | |
| VS. § | ADVERSARY PROCEEDING | |
| § | No. 03-07024 | |
| JUAN SAN MIGUEL and § | | |
| YOLANDA SAN MIGUEL, SR. § | | |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
### FOR FAILURE TO STATE CAUSE OF ACTION

On this day came for consideration Defendants' Motion to Dismiss for Failure to State Cause of Action.

Said motion being in due form, this Court, after considering same, is of the opinion that said motion should be granted on the basis that the allegations set out in Plaintiffs' Complaint does not constitute the claims set out in Sec. 523 of the Code as referenced in Plaintiffs' Complaint.

Signed this _____ day of _____, 2003.

_____
RICHARD S. SCHIMDT,
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Antonio Villeda
LAW OFFICE OF ANTONIO VILLEDA
5414 N. 10th St.
McAllen, Texas  78504
Attorney for Defendants

Rodolfo Sanchez
300 South Texas
Weslaco, Texas  78596
Attorney for Plaintiffs