UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| In re JUAN SAN MIGUEL and <br> YOLANDA SAN MIGUEL, SR., <br><br> Debtors. | Bankruptcy Case <br> No. 02-70099 <br> Chapter 7 |
| PROCOPIO RODRIGUEZ, et al. <br><br> Plaintiffs, <br><br> v. <br><br> JUAN SAN MIGUEL and <br> YOLANDA SAN MIGUEL, SR. <br><br> Defendants. | Adversary Proceeding <br> No. 03-07024 |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO STATE A CAUSE OF ACTION
AND GRANTING PLAINTIFFS' MOTION
THAT THE COURT ENTER A JUDGMENT THAT THE CLAIMS PLEAD
IN THIS ADVERSARY PROCEEDING ARE THE TYPE THAT ARE
NON-DISCHARGEABLE AND REFER THE CASE TO FEDERAL DISTRICT
COURT FOR DETERMINATION OF THE FACTS**

On this day came on to be considered Defendants' Motion to Dismiss for Failure to State a Cause of Action and Plaintiffs' Motion that the Court Enter a Judgment that the Claims Plead in this Adversary Proceeding Are the Type that Are Non-dischargeable and Refer the Case to Federal District Court for Determination of the Facts.

After due consideration, the Court DENIES Defendants' motion to dismiss and GRANTS Plaintiffs' motion. The Court ORDERS that the following claims are non-dischargeable:

_____
_____
_____
_____
_____

The Court further ORDERS that this matter is hereby referred to the federal district court in Brownsville where a determination of the facts will be made in Civil Action B-03-034.

Done at McAllen, Texas, on this _____ day of _____, 2003.

_____
THE HONORABLE RICHARD S SCHMIDT
UNITED STATES BANKRUPTCY JUDGE