IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § § | |
| JUAN SAN MIGUEL, et al | § § | Case No. 02-70099-M-7 |
| | § | Chapter 7 |
| Debtor(s) | § | |
| | | |
| PROCOPIO RODIRGUEZ, et al | § § | |
| Plaintiff(s) | § § | Adv. No. 03-7024-M |
| vs. | § § | |
| JUAN SAN MIGUEL, et al | § § | |
| Defendant(s) | § § | |

### ORDER SETTING HEARING

You are hereby notified that a hearing is set on the Motion to Dismiss (Docket Entry #4), before the Honorable Richard S. Schmidt on: December 17, 2003, at: 9:00 a.m.

    United States Bankruptcy Courtroom, Suite 1028
    Tenth Floor, Bentsen Tower
    United States Courthouse
    1701 W. Business Hwy 83
    McAllen, Texas 78501

A docket call will not be held prior to this hearing. Announcements are to be made in writing via telefax to Letty Garza (361)888-3481, no later than 1:00 pm on December 10. Failure to make announcements by fax (or by telephone if necessary) may result in this matter not being heard.

It is therefore ORDERED that all interested parties shall appear at the date and time indicated above.

It is further ORDERED that the clerk shall serve a copy of this Order on the Movant.

It is further ORDERED that pursuant to Bankruptcy Local Rule 2002, Movant shall serve a copy of this Order to all parties that are required to be served and, pursuant to Bankruptcy Local Rule 1001(h), Movant shall file a certificate of service with the clerk.

Dated: **NOV 1 2 2003**

                                                            RICHARD S. SCHMIDT
                                                            United States Bankruptcy Judge