UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| In re JUAN SAN MIGUEL and YOLANDA SAN MIGUEL, SR., <br><br>Debtors. | ) ) ) ) ) Bankruptcy Case No. 02-70099 Chapter 7 |
| PROCOPIO RODRIGUEZ, et al. <br><br>Plaintiffs, <br><br>v. <br><br>JUAN SAN MIGUEL and YOLANDA SAN MIGUEL, SR. <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Adversary Proceeding No. 03-07024 |

**ORDER**

On this day came on to be considered Plaintiffs' Opposed Motion to Extend Deadlines.

After due consideration, the Court GRANTS Plaintiffs' motion. The Court ORDERS that the deadlines set in its September 25, 2003 Comprehensive Scheduling Order be lifted until this Court enters a new scheduling order.

The Court further ORDERS that the parties may proceed with discovery up to the time a new scheduling order is entered and until the deadline set in such scheduling order.

Done at McAllen, Texas, on this _____ day of _____, 2003.

_____
THE HONORABLE RICHARD S SCHMIDT
UNITED STATES BANKRUPTCY JUDGE