

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| In re JUAN SAN MIGUEL and YOLANDA SAN MIGUEL, SR., <br><br> Debtors. | ) ) ) ) ) ) Bankruptcy Case <br> No. 02-70099 <br> Chapter 7 |
| PROCOPIO RODRIGUEZ, et al. <br><br> Plaintiffs, <br><br> v. <br><br> JUAN SAN MIGUEL and YOLANDA SAN MIGUEL, SR. <br><br> Defendants. | ) ) ) ) Adversary Proceeding <br> No. 03-07024 |

### ORDER

On this day came on to be considered Plaintiffs' Opposed Motion to Extend Deadlines.

After due consideration, the Court GRANTS Plaintiffs' motion. The Court ORDERS that the deadlines set in its September 25, 2003 Comprehensive Scheduling Order be lifted until this Court enters a new scheduling order.

The Court further ORDERS that the parties may proceed with discovery up to the time a new scheduling order is entered and until the deadline set in such scheduling order.

Done at McAllen, Texas, on this ____ day of DEC 1 1 2003, 2003.

_____
THE HONORABLE RICHARD S SCHMIDT
UNITED STATES BANKRUPTCY JUDGE