UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

NOV 14 2003

Michael N. Milby, Clerk

| | |
|---|---|
| In re JUAN SAN MIGUEL and YOLANDA SAN MIGUEL, SR., | ) ) ) Bankruptcy Case ) No. 02-70099 |
| Debtors. | ) Chapter 7 ) |
| PROCOPIO RODRIGUEZ, et al. | ) ) ) Adversary Proceeding ) No. 03-07024 |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JUAN SAN MIGUEL and YOLANDA SAN MIGUEL, SR. | ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' OPPOSED MOTION TO EXTEND DEADLINES**

Plaintiffs file this Motion to Extend Deadlines. In support of this motion, the Plaintiffs would show as follows:

1. Deadlines for the completion of discovery and amendments to pleadings are November 17, 2003. Deadline for filing motions is November 24, 2003.

2. This is the first request to extend the deadlines in this case filed by either party.

3. Plaintiffs' complaint was filed on September 18, 2003. Defendants' former counsel, Law Offices of John Ventura, P.C. filed a Notice of Non-Representation on October 3, 2003.

4. Defendants have not answered. Rather, Defendants, represented by their new counsel, Antonio Villeda, served Plaintiffs, on October 14, 2003, with a Motion to Dismiss for Failure to State a Cause of Action. Under Bankruptcy

Rule 12(a), the service of this motion delays Defendants' time for serving the answer to Plaintiffs' Complaint until after this Court rules on Defendants' Motion to Dismiss.

5. As Defendants' Motion to Dismiss and Plaintiffs' response are still pending, as are a motion and an alternate motion subsequently made by Plaintiffs, the parties will not be able to complete discovery and file any necessary motions or amendments to pleadings in time to meet the deadlines as set in the Court's September 25, 2003 Comprehensive Scheduling Order.

6. For the reasons stated above, Plaintiffs believe that good cause exists to extend all deadlines in this case. Therefore, Plaintiffs ask that the Court issue a revised scheduling order after the Court rules on Defendants' Motion to Dismiss, and in the meantime allow the parties to proceed with discovery.

7. This motion is not filed to delay this case but so the interests of justice will be served.

WHEREFORE, the Plaintiffs respectfully request that the Court grant this motion, issue a revised scheduling order after the Court rules on Defendants' Motion to Dismiss, and in the meantime, allow the parties to proceed with discovery. The Plaintiffs further pray for all general relief to which they may be entitled.

Respectfully submitted,

Rodolfo Sanchez
Texas Bar No. 17572100
S.D. No. 12600

TEXAS RURAL LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Attorney-in-Charge for Plaintiffs

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RURAL LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2003, a true and correct copy of this document was sent via U.S. Mail to:

Antonio Villeda
Law Offices of Antonio Villeda
5414 N. 10th St.
McAllen, Texas 78504.

_____
Nathaniel Norton
300 S. Texas Blvd.
Weslaco, TX 78596

## CERTIFICATE OF CONFERENCE

I certify that I faxed and emailed a copy of this motion to Defendants' attorney, Antonio Villeda, with inquiries about whether or not he was opposed to this motion, on November 11, 2003 and November 13, 2003, respectively. I also attempted reach Mr. Villeda by telephone on November 13, 2003 to discuss this motion. We have been unable to discuss the motion. As such, a good faith effort to resolve the dispute was made without an agreement being reached, and the matter requires court determination.

_____
Nathaniel Norton