IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re:<br><br>**JUAN SAN MIGUEL, et al**<br><br>Debtor(s) | § § § § § § | Case No.   02-70099-M-7<br><br>Chapter 7 |
| **PROCOPIO RODRIGUEZ, et al**<br><br>Plaintiff(s)<br>vs.<br>**JUAN SAN MIGUEL, et al**<br><br>Defendant(s) | § § § § § § § § § § § | Adv. No.   03-7024-M |

### ORDER SETTING HEARING

You are hereby notified that a Status hearing is set, before the Honorable Richard S. Schmidt on: January 21, 2004, at: 9:00 a.m.

    United States Bankruptcy Courtroom, Suite 1028
    Tenth Floor, Bentsen Tower
    United States Courthouse
    1701 W. Business Hwy 83
    McAllen, Texas   78501

A docket call will not be held prior to this hearing. Announcements are to be made in writing via telefax to Lisa Hardwick (361)888-3481, no later than 1:00 pm on January 14. Failure to make announcements by fax (or by telephone if necessary) may result in this matter not being heard.

It is therefore ORDERED that all interested parties shall appear at the date and time indicated above.

It is further ORDERED that the clerk shall serve a copy of this Order on the Plaintiff.

It is further ORDERED that pursuant to Bankruptcy Local Rule 2002, Plaintiff shall serve a copy of this Order to all parties that are required to be served and, pursuant to Bankruptcy Local Rule 1001(h), Plaintiff shall file a certificate of service with the clerk.

Dated: **JAN 0 8 2004**

/s/ Richard Schmidt
RICHARD S. SCHMIDT
United States Bankruptcy Judge