IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re:<br><br>**JUAN SAN MIGUEL, et al**<br><br>Debtor(s) | § § § § § § | Case No.   02-70099-M-7<br><br>**Chapter 7** |
| **PROCOPIO RODRIGUEZ, et al**<br><br>Plaintiff(s)<br>vs.<br>**JUAN SAN MIGUEL, et al**<br><br>Defendant(s) | § § § § § § § § § § § | Adv. No.   03-7024-M |

### ORDER SETTING HEARING

You are hereby notified that a Status hearing is set, before the Honorable Richard S. Schmidt on: January 21, 2004, at: 9:00 a.m.

    United States Bankruptcy Courtroom, Suite 1028
    Tenth Floor, Bentsen Tower
    United States Courthouse
    1701 W. Business Hwy 83
    McAllen, Texas   78501

A docket call will not be held prior to this hearing. Announcements are to be made in writing via telefax to Lisa Hardwick (361)888-3481, no later than 1:00 pm on January 14. Failure to make announcements by fax (or by telephone if necessary) may result in this matter not being heard.

It is therefore ORDERED that all interested parties shall appear at the date and time indicated above.

It is further ORDERED that the clerk shall serve a copy of this Order on the Plaintiff.

It is further ORDERED that pursuant to Bankruptcy Local Rule 2002, Plaintiff shall serve a copy of this Order to all parties that are required to be served and, pursuant to Bankruptcy Local Rule 1001(h), Plaintiff shall file a certificate of service with the clerk.

Dated: **JAN 0 8 2004**

_____
RICHARD S. SCHMIDT
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

```
District/off: 0541-7           User: jezz              Page 1 of 2               Date Rcvd: Jan 09, 2004
Case: 03-07024                 Form ID: pdf002         Total Served: 2

The following entities were served by first class mail on Jan 11, 2004.
aty          Antonio Villeda,    Attorney at Law,    5414 N 10th St,    McAllen, TX 78504
aty          Rodolfo David Sanchez,    Texas Rural Legal Aid,    300 S Texas Blvd,    Weslaco, TX 78596

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          Agustin Martinez
pla          Alberto Rodriguez
pla          Alexandra Magana
pla          Alvaro Valdez
pla          Amalia Martinez
pla          Arandu Rodriguez
pla          Barbara Martinez
pla          Berenisa Trejo
pla          Blas Martinez, Jr
pla          Blas Martinez, Sr
pla          Brenda Aguilar
pla          Christian Trejo
pla          Consuelo Martinez
pla          Daniel Rendon
pla          Efrain Ortiz
pla          Elisa Rodriguez
pla          Elizabeth Guerrero
pla          Erika Velasquez
pla          Gisela Velasquez
pla          Gregorio Velasquez
pla          Hector Magana, Jr
pla          Hector Magana, Sr
pla          Isaac Martinez
pla          Isidro Aguilar
pla          Israel Martinez
pla          Jessica Velasquez
pla          Jesus Rivera
pla          Jonathan Guerrero
pla          Jorge Martinez
pla          Jose Manuel Rivas, Jr
pla          Jose Manuel Rivas, Sr
pla          Jose Perez
pla          Juan Lucio Villarreal
dft          Juan San Miguel, Sr
pla          Juan Trejo
pla          Julian Rivera
pla          Lilia Villarreal
pla          Lino Rendon
pla          Luz Guerrero
pla          Magda Valdez
pla          Marceleno Rodriguez
pla          Maria Arcadea Rivera
pla          Maria Carmen Rodriguez
pla          Maria De La Luz Valdez
pla          Maria De Los Angeles Velasquez
pla          Maria Lilia Villarreal
pla          Maria Rendon
pla          Maria Rodriguez
pla          Maria Villarreal
pla          Maria Zamora Magana
pla          Marissa Martinez
pla          Martin Guerrero, Jr
pla          Martin Guerrero, Sr
pla          Martin Valdez, Jr
pla          Martin Valdez, Sr
pla          Merced Ramos-Cantu
pla          Nohemi Magana
pla          Norma Magana
pla          Norma Valdez
pla          Osborn Rodriguez
pla          Oscar Valdez
pla          Perla Rodriguez
pla          Procopio Rodriguez
pla          Rafael Velasquez
pla          Raphael Villarreal
pla          Ricardo Rivera
pla          Roberto Rivera
pla          Roel Velasquez
pla          Santiago Rodriguez
pla          Susana De Los Reyes
pla          Vanessa Martinez
pla          Veronica Villarreal
pla          Victor De Los Reyes, Jr
pla          Victor De Los Reyes, Sr
dft          Yolanda San Miguel, Sr
pla          Yvonne Trejo
```

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

```
District/off: 0541-7         User: jezz              Page 2 of 2              Date Rcvd: Jan 09, 2004
Case: 03-07024               Form ID: pdf002         Total Served: 2

                    ***** BYPASSED RECIPIENTS (continued) *****
pla         Yzette Trejo
                                                                              TOTALS: 77, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2004**                          **Signature:**    _Joseph Speetjens_