**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**<u>MCALLEN</u> DIVISION**

| | | |
|---|---|---|
| IN RE § | CASE NO. 02-70099-M-7 | |
| JUAN SAN MIGUEL and § | CHAPTER 7 | |
| YOLANDA SAN MIGUEL, SR. § | | |
|    Debtor § | | |

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et. al. § | | |
| § | | |
| VS. § | ADVERSARY PROCEEDING | |
| § | No. 03-07024 | |
| JUAN SAN MIGUEL and § | | |
| YOLANDA SAN MIGUEL, SR. § | | |

**ANTONIO VILLEDA'S MOTION TO WITHDRAW**

TO THE HONORABLE JUDGE OF THIS COURT:

     Antonio Villeda files this motion requesting withdrawal as attorney of record for Defendants, Juan San Miguel and Yolanda San Miguel, Sr. as basis states that Defendants do not have the money to keep Antonio Villeda as their attorney of record is this case and accordingly are in agreement with his withdrawal as their attorney. Defendants understand that their various pending matters, including discovery which is to be answered by them, a pending hearing on a Motion to Dismiss and a pending Motion to Lift Stay, the latter two have not been set by the court. Notwithstanding the above, Defendants request that Antonio Villeda be allowed to withdraw.

Respectfully submitted,
**LAW OFFICE OF ANTONIO VILLEDA**
5414 North 10th Street
McAllen, Texas 78504
(956) 631-9100 Telephone
(956) 631-9146 Facsimile
E-Mail: avilleda@bizrgv.rr.com


By:  /S/ Antonio Villeda
ANTONIO VILLEDA
State Bar No. 20585300
Attorney for Defendants

Approved by:

/S/ Juan San Miguel
Juan San Miguel

/S/ Yolanda San Miguel, Sr.
Yolanda San Miguel, Sr.

## CERTIFICATE OF CONFERENCE

On January 11th, 2004 I exchanged emails with Rodolfo Sanchez/Nathanial Norton, attorneys for Plaintiff. They advised me that they were unopposed to this motion and agreed to the withdrawal.

/S/ Antonio Villeda
**ANTONIO VILLEDA**

## CERTIFICATE OF SERVICE

On this 13th day of January, 2004 a copy of *Antonio Villeda's Motion to Withdraw* was sent by United States First Class Mail Postage Prepaid to the following:

| | |
|---|---|
| Juan San Miguel | Mr. Rodolfo Sanchez |
| Yolanda San Miguel, Sr. | Mr. Nathanial Norton |
| 900 W. Mile 10 Rd. | TEXAS RURAL LEGAL AID, INC. |
| Weslaco, Texas  78596 | 300 South Texas |
| Defendants | Weslaco, Texas  78596 |
| | Attorneys for Plaintiffs |

   /S/ Antonio Villeda
**ANTONIO VILLEDA**

Case 1:04-cv-00090    Document 15    Filed in TXSD on 01/13/2004    Page 3 of 3