## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## <u>MCALLEN</u> DIVISION

| | | |
|---|---|---|
| IN RE § | | CASE NO. 02-70099-M-7 |
| JUAN SAN MIGUEL and § | | CHAPTER 7 |
| YOLANDA SAN MIGUEL, SR. § | | |
|    Debtor § | | |

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et. al. § | | |
| § | | |
| VS. § | | ADVERSARY PROCEEDING |
| § | | No. 03-07024 |
| JUAN SAN MIGUEL and § | | |
| YOLANDA SAN MIGUEL, SR. § | | |

### ORDER GRANTING ANTONIO VILLEDA'S
### <u>MOTION TO WITHDRAW</u>

On this day came for consideration Antonio Villeda's Motion to Withdraw.

Said motion being unopposed, this Court hereby grants this motion and allows Antonio Villeda to withdraw as attorney of record for both Defendants.

IT IS SO ORDERED.

Signed on this _____

Approved by:

                                                                  RICHARD S. SCHMIDT,

/S/ Juan San Miguel                           UNITED STATES BANKRUPTCY JUDGE
Juan San Miguel
/S/Yolanda San Miguel, Sr.
Yolanda San Miguel, Sr.

Copies to:

| | | |
|---|---|---|
| Antonio Villeda | Rodolfo Sanchez | Juan San Miguel |
| LAW OFFICE OF ANTONIO VILLEDA | Nathanial Norton | Yolanda San Miguel, Sr. |
| 5414 North 10th Street | Texas Rural Legal Aid, Inc | 900 W. Mile 10 Rd |
| McAllen, Texas 78504 | 300 South Texas | Weslaco, Texas 78596 |
| (956) 631-9100 Telephone | Attorneys for Plaintiffs | Defendants |
| (956) 631-9146 Facsimile | | |
| Email: avilleda@bizrgv.rr.com | | |
| Attorney for Defendants | | |