UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
<u>MCALLEN</u>  DIVISION

| | | |
|---|---|---|
| IN RE § | CASE NO. 02-70099-M-7 | |
| JUAN SAN MIGUEL and § | CHAPTER 7 | |
| YOLANDA SAN MIGUEL, SR. § | | |
|    Debtor § | | |

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et. al. § | | |
| § | | |
| VS. § | ADVERSARY PROCEEDING | |
| § | No.  03-07024 | |
| JUAN SAN MIGUEL and § | | |
| YOLANDA SAN MIGUEL, SR. § | | |

### UNOPPOSED EMERGENCY HEARING ON ANTONIO VILLEDA'S MOTION TO WITHDRAW

_____

TO THE HONORABLE JUDGE OF SAID COURT:

**JUAN SAN MIGUEL AND YOLANDA SAN MIGUEL, SR.,** ("Defendants") file this Motion To Set Unopposed Emergency Hearing On Antonio Villeda's Motion To Withdraw and respectfully show as follows:

    1.    Defendants at this time request an emergency hearing due to the fact that several motions are pending before this court and Defendants need to obtain new counsel. Defendants request that the hearing be heard on Wednesday, January 21, 2004 in the United States Bankruptcy Court, McAllen, Texas, at 9:00 a.m.

    2.    The affidavit of Antonio Villeda, is attached as Exhibit "A" and incorporated herein by reference. Counsel anticipates that this hearing should not exceed 2 (two) minutes.

Respectfully submitted,

/S/ Antonio Villeda
Antonio Villeda
State Bar No. 20585300
5414 North 10th Street
McAllen, TX  78504
Telephone:  (956)  631-9100
Facsimile:   (956)  631-9146
Attorney for Defendants, Juan San Miguel and Yolanda San Miguel, Sr.

Approved by:

/S/ Juan San Miguel
Juan San Miguel

/S/ Yolanda San Miguel, Sr.
Yolanda San Miguel, Sr.

## CERTIFICATE OF SERVICE

I, Antonio Villeda hereby certify that a true and correct copy of the Motion To Set Unopposed Emergency Hearing On Antonio Villeda's Motion to Withdraw  has been sent by hand-delivered, via facsimile or United States mail postage prepaid to the following counsel of record, on the  13th day of January , 2004.

Juan San Miguel
Yolanda San Miguel, Sr.
900 W. Mile 10 Rd
Weslaco, Texas  78596
Defendants

Rodolfo Sanchez
Nathanial Norton
**Via Facsimile No.: 956 968-8823**
Texas Rural Legal Aid, Inc.
300 South Texas Blvd
Weslaco, Texas 78596
Attorneys for Plaintiffs

/S/ Antonio Villeda
ANTONIO  VILLEDA