UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
<u>MCALLEN</u> DIVISION

| | | |
|---|---|---|
| IN RE<br>**JUAN SAN MIGUEL and**<br>**YOLANDA SAN MIGUEL, SR.**<br>Debtor | § § § § | CASE NO. 02-70099-M-7<br>CHAPTER 7 |
| PROCOPIO RODRIGUEZ, et. al.<br><br>VS.<br><br>**JUAN SAN MIGUEL and**<br>**YOLANDA SAN MIGUEL, SR.** | § § § § § § | ADVERSARY PROCEEDING<br>No. 03-07024 |

**AFFIDAVIT**

STATE OF TEXAS          §
                                        §
COUNTY OF HIDALGO §

BEFORE ME, the undersigned authority, on this day appeared **Antonio Villeda**, who, being personally known to me, on his oath deposed and said as follows:

"My name is Antonio Villeda. I am over 18 years of age, of sound mind, and I am competent to make this Affidavit, for the reason that I have personal knowledge of the facts stated herein, which facts are true and correct. I hereby state that an expedited hearing is necessary on this motion because of the reasons stated therein."

Further affiant sayeth naught.

_____
Antonio Villeda

SUBSCRIBED AND SWORN TO BEFORE ME on the ___13th___ day of January, 2004, to certify which witness my hand and official seal.

_____
Notary Public For The State Of Texas
My Commission Expires: 4-25-2007

BETTY ANN MATA
Notary Public, State of Texas
My Commission Expires Apr. 25, 2007