UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
<u>MCALLEN</u>  DIVISION

| | | |
|---|---|---|
| IN RE § | CASE NO. 02-70099-M-7 | |
| JUAN SAN MIGUEL and § | CHAPTER 7 | |
| YOLANDA SAN MIGUEL, SR. § | | |
|    Debtor § | | |

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et. al. § | | |
| § | | |
| VS. § | ADVERSARY PROCEEDING | |
| § | No. 03-07024 | |
| JUAN SAN MIGUEL and § | | |
| YOLANDA SAN MIGUEL, SR. § | | |

**ORDER   GRANTING UNOPPOSED EMERGENCY HEARING ON
ANTONIO VILLEDA'S MOTION TO WITHDRAW**

CAME ON to be considered Juan San Miguel and Yolanda San Miguel, Sr.'s Motion To Set Unopposed Emergency Hearing On Antonio Villeda's Motion to Withdraw and the Court after considering the same finds that the motion is meritorious and is GRANTED.

IT IS THEREFORE ORDERED that the hearing on Antonio Villeda's Motion To Withdraw is set for January 21, 2004 at 9:00 a.m. in the United States Bankruptcy Courthouse, McAllen, Texas.

Dated:_____

Approved by:
/S/ Juan San Miguel
Juan San Miguel
/S/ Yolanda San Miguel, Sr.
Yolanda San Miguel, Sr.

**RICHARD  S.  SCHMIDT,**
United States Bankruptcy Judge

Copies to:
Law Offices of Antonio Villeda
5414 North 10th Street
McAllen, TX  78504
Attorney for Defendants

Juan San Miguel & Yolanda San Miguel, Sr.
900 W. Mile 10 Rd
Weslaco, Texas  78596

Rodolfo Sanchez
Nathanial Norton
**Via Facsimile No.: 956 968-8823**
Texas Rural Legal Aid, Inc.
300 South Texas Blvd
Weslaco, Texas 78596
Attorneys for Plaintiffs