**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**<u>MCALLEN</u>  DIVISION**

| | | |
|---|---|---|
| IN RE § | CASE NO.  02-70099-M-7 | |
| JUAN SAN MIGUEL and § | CHAPTER 7 | |
| YOLANDA SAN MIGUEL, SR. § | | |
| Debtor § | | |

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et. al. § | | |
| § | | |
| VS. § | ADVERSARY PROCEEDING | |
| § | No.  03-07024 | |
| JUAN SAN MIGUEL and § | | |
| YOLANDA SAN MIGUEL, SR. § | | |

**DEFENDANTS' MOTION TO DISMISS**
**FOR FAILURE TO STATE CAUSE OF ACTION**

TO THE HONORABLE BANKRUPTCY JUDGE:

Defendants file this motion to dismiss for failure to state a cause of action and as basis state as follows:

Defendants allege that the allegations set out in Plaintiffs' Complaint do not constitute "physical injury" required under Sec. 523(a)(6) and do not rise the level of false pretenses, false representations or fraud as required under Sec. 523(a)(2)(a) and furthermore such claims do not constitute debts as defined by the Bankruptcy Code.

Accordingly, Defendants request that Plaintiffs' Complaint will be dismissed with prejudice.

Respectfully Submitted,

  /s/AntonioVilleda
ANTONIO VILLEDA
State Bar No. 20585300
(956) 631-9100 Telephone
(956) 631-9146 Facsimile
Atty for Defendants

## CERTIFICATE OF SERVICE

On this 14th day of October, 2003 a copy of the *Defendants' Motion to Dismiss for Failure to State Cause of Action* was sent by United States First Class Mail Postage Prepaid to the following:

Mr. Rodolfo Sanchez
300 South Texas
Weslaco, Texas  78596
Attorney for Plaintiffs

                /s/ Antonio Villeda
                Antonio Villeda