16

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### <u>MCALLEN</u> DIVISION

| | | |
|---|---|---|
| IN RE § | CASE NO. 02-70099-M-7 | |
| JUAN SAN MIGUEL and § | CHAPTER 7 | |
| YOLANDA SAN MIGUEL, SR. § | | |
|    Debtor § | | |

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et. al. § | | |
| § | | |
| VS. § | ADVERSARY PROCEEDING | |
| § | No. 03-07024 | |
| JUAN SAN MIGUEL and § | | |
| YOLANDA SAN MIGUEL, SR. § | | |

### ORDER GRANTING UNOPPOSED EMERGENCY HEARING ON ANTONIO VILLEDA'S MOTION TO WITHDRAW

CAME ON to be considered Juan San Miguel and Yolanda San Miguel, Sr.'s Motion To Set Unopposed Emergency Hearing On Antonio Villeda's Motion to Withdraw and the Court after considering the same finds that the motion is meritorious and is GRANTED.

IT IS THEREFORE ORDERED that the hearing on Antonio Villeda's Motion To Withdraw is set for January 21, 2004 at 9:00 a.m. in the United States Bankruptcy Courthouse, McAllen, Texas.

    Dated:_____

Approved by:  
/S/ Juan San Miguel  
Juan San Miguel  
/S/ Yolanda San Miguel, Sr.  
Yolanda San Miguel, Sr.

                               _____  
                               **RICHARD S. SCHMIDT,**  
                               United States Bankruptcy Judge

Copies to:  
Law Offices of Antonio Villeda  
5414 North 10th Street  
McAllen, TX 78504  
Attorney for Defendants

Juan San Miguel & Yolanda San Miguel, Sr.  
900 W. Mile 10 Rd  
Weslaco, Texas 78596

Rodolfo Sanchez  
Nathanial Norton  
**Via Facsimile No.: 956 968-8823**  
Texas Rural Legal Aid, Inc.  
300 South Texas Blvd  
Weslaco, Texas 78596  
Attorneys for Plaintiffs