## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## <u>MCALLEN</u> DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. 02-70099-M-7 |
| JUAN SAN MIGUEL and | § | CHAPTER 7 |
| YOLANDA SAN MIGUEL, SR. | § | |
| Debtor | § | |

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et. al. | § | |
| | § | |
| VS. | § | ADVERSARY PROCEEDING |
| | § | No. 03-07024 |
| JUAN SAN MIGUEL and | § | |
| YOLANDA SAN MIGUEL, SR. | § | |

## CERTIFICATE OF SERVICE

On this 14th day of January 2004, a copy of Order Setting Hearing-Antonio Villeda's

Motion to Withdraw (Docket Entry #16) has been set for January 21, 2004 at 9:00 a.m. in

the United States Bankruptcy Courthouse, McAllen, Texas, was sent by hand-delivered, via

facsimile or United States mail postage prepaid to the following counsel of record.

Juan San Miguel
Yolanda San Miguel, Sr.
900 W. Mile 10 Rd
Weslaco, Texas  78596
Defendants

Rodolfo Sanchez                                        Respectfully submitted,
Nathanial Norton
**Via Facsimile No.: 956 968-8823**               LAW OFFICE OF ANTONIO VILLEDA
Texas Rural Legal Aid, Inc.                       5414 North 10th Street
300 South Texas Blvd                               McAllen, Texas 78504
Weslaco, Texas 78596                              (956) 631-9100 Telephone
Attorneys for Plaintiffs                           (956) 631-9146 Facsimile


                                       BY:_____/S/ Antonio_Villeda_____
                                              ANTONIO VILLEDA
                                            State Bar #20585300
                                          ATTORNEY FOR DEFENDANTS