16

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**<u>MCALLEN</u> DIVISION**

| | | |
|---|---|---|
| IN RE | § | CASE NO. 02-70099-M-7 |
| JUAN SAN MIGUEL and | § | CHAPTER 7 |
| YOLANDA SAN MIGUEL, SR. | § | |
|    Debtor | § | |

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et. al. | § | |
| | § | |
| VS. | § | ADVERSARY PROCEEDING |
| | § | No. 03-07024 |
| JUAN SAN MIGUEL and | § | |
| YOLANDA SAN MIGUEL, SR. | § | |

**ORDER GRANTING UNOPPOSED EMERGENCY HEARING ON**
**ANTONIO VILLEDA'S MOTION TO WITHDRAW**

CAME ON to be considered Juan San Miguel and Yolanda San Miguel, Sr.'s Motion To Set Unopposed Emergency Hearing On Antonio Villeda's Motion to Withdraw and the Court after considering the same finds that the motion is meritorious and is GRANTED.

IT IS THEREFORE ORDERED that the hearing on Antonio Villeda's Motion To Withdraw is set for January 21, 2004 at 9:00 a.m. in the United States Bankruptcy Courthouse, McAllen, Texas.

Dated: January 14, 2004

_____
**RICHARD S. SCHMIDT,**
United States Bankruptcy Judge

Approved by:
/S/ Juan San Miguel
Juan San Miguel
/S/ Yolanda San Miguel, Sr.
Yolanda San Miguel, Sr.

Copies to:
Law Offices of Antonio Villeda
5414 North 10th Street
McAllen, TX 78504
Attorney for Defendants

Juan San Miguel & Yolanda San Miguel, Sr.
900 W. Mile 10 Rd
Weslaco, Texas 78596

Rodolfo Sanchez
Nathanial Norton
**Via Facsimile No.: 956 968-8823**
Texas Rural Legal Aid, Inc.
300 South Texas Blvd
Weslaco, Texas 78596
Attorneys for Plaintiffs

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0541-7            User: jezz                   Page 1 of 2                  Date Rcvd: Jan 14, 2004
Case: 03-07024                  Form ID: pdf002              Total Served: 2

The following entities were served by first class mail on Jan 16, 2004.
aty          Antonio Villeda,    Attorney at Law,    5414 N 10th St,    McAllen, TX 78504
aty          Rodolfo David Sanchez,    Texas Rural Legal Aid,    300 S Texas Blvd,    Weslaco, TX 78596

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          Agustin Martinez
pla          Alberto Rodriguez
pla          Alexandra Magana
pla          Alvaro Valdez
pla          Amalia Martinez
pla          Arandu Rodriguez
pla          Barbara Martinez
pla          Berenisa Trejo
pla          Blas Martinez, Jr
pla          Blas Martinez, Sr
pla          Brenda Aguilar
pla          Christian Trejo
pla          Consuelo Martinez
pla          Daniel Rendon
pla          Efrain Ortiz
pla          Elisa Rodriguez
pla          Elizabeth Guerrero
pla          Erika Velasquez
pla          Gisela Velasquez
pla          Gregorio Velasquez
pla          Hector Magana, Jr
pla          Hector Magana, Sr
pla          Isaac Martinez
pla          Isidro Aguilar
pla          Israel Martinez
pla          Jessica Velasquez
pla          Jesus Rivera
pla          Jonathan Guerrero
pla          Jorge Martinez
pla          Jose Manuel Rivas, Jr
pla          Jose Manuel Rivas, Sr
pla          Jose Perez
pla          Juan Lucio Villarreal
dft          Juan San Miguel, Sr
pla          Juan Trejo
pla          Julian Rivera
pla          Lilia Villarreal
pla          Lino Rendon
pla          Luz Guerrero
pla          Magda Valdez
pla          Marceleno Rodriguez
pla          Maria Arcadea Rivera
pla          Maria Carmen Rodriguez
pla          Maria De La Luz Valdez
pla          Maria De Los Angeles Velasquez
pla          Maria Lilia Villarreal
pla          Maria Rendon
pla          Maria Rodriguez
pla          Maria Villarreal
pla          Maria Zamora Magana
pla          Marissa Martinez
pla          Martin Guerrero, Jr
pla          Martin Guerrero, Sr
pla          Martin Valdez, Jr
pla          Martin Valdez, Sr
pla          Merced Ramos-Cantu
pla          Nohemi Magana
pla          Norma Magana
pla          Norma Valdez
pla          Osborn Rodriguez
pla          Oscar Valdez
pla          Perla Rodriguez
pla          Procopio Rodriguez
pla          Rafael Velasquez
pla          Raphael Villarreal
pla          Ricardo Rivera
pla          Roberto Rivera
pla          Roel Velasquez
pla          Santiago Rodriguez
pla          Susana De Los Reyes
pla          Vanessa Martinez
pla          Veronica Villarreal
pla          Victor De Los Reyes, Jr
pla          Victor De Los Reyes, Sr
dft          Yolanda San Miguel, Sr
pla          Yvonne Trejo
```

```
District/off: 0541-7        User: jezz            Page 2 of 2         Date Rcvd: Jan 14, 2004
Case: 03-07024              Form ID: pdf002       Total Served: 2

             ***** BYPASSED RECIPIENTS (continued) *****
pla        Yzette Trejo
                                                                       TOTALS: 77, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2004**                          **Signature:** _Joseph Speetjens_