UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § § | **Case No. 02-70099-7** |
| **Juan and Yolanda San Miguel,** Debtor. | | |

| | | |
|---|---|---|
| **Procopio Rodriguez, et al.,** Plaintiff(s), | § § § | **Adversary No. 03-7024** |
| vs. | § § § | |
| **Juan San Miguel, Sr., et al.,** Defendant(s). | § § | |

**NOTICE OF HEARING**

A status hearing will be conducted at **2:00 p.m. on March 15, 2004**, at the United States Bankruptcy Court, United States Federal Courthouse, 1701 W. Bus. Hwy 83, McAllen, 78501. The Court will consider evidence and arguments, as appropriate. Within two business days of receipt of this notice, the movant shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service.

**Date: March 2, 2004.**

MICHAEL N. MILBY, Clerk

Anita Ainsworth
Case Manager for Judge Marvin Isgur
(713) 250-5421
(713) 250-5562 (fax)