UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § § | **Case No. 02-70099-7** |
| **Juan and Yolanda San Miguel,** | | |
| Debtor. | | |

| | | |
|---|---|---|
| **Procopio Rodriguez, et al.,** | § § § § § § § § | **Adversary No. 03-7024** |
| Plaintiff(s), | | |
| vs. | | |
| **Juan San Miguel, Sr., et al.,** | | |
| Defendant(s). | | |

## NOTICE OF HEARING

A status hearing will be conducted at **2:00 p.m. on March 15, 2004**, at the United States Bankruptcy Court, United States Federal Courthouse, 1701 W. Bus. Hwy 83, McAllen, 78501. The Court will consider evidence and arguments, as appropriate. Within two business days of receipt of this notice, the movant shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service.

**Date: March 2, 2004.**

MICHAEL N. MILBY, Clerk

Anita Ainsworth
Case Manager for Judge Marvin Isgur
(713) 250-5421
(713) 250-5562 (fax)

# CERTIFICATE OF SERVICE

```
District/off: 0541-7          User: vcur              Page 1 of 2            Date Rcvd: Mar 03, 2004
Case: 03-07024                Form ID: pdf111         Total Served: 2
```

The following entities were served by first class mail on Mar 05, 2004.
aty         Antonio Villeda,  Attorney at Law,  5414 N 10th St,  McAllen, TX  78504
aty         Rodolfo David Sanchez,  Texas Rural Legal Aid,  300 S Texas Blvd,  Weslaco, TX  78596

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla         Agustin Martinez
pla         Alberto Rodriguez
pla         Alexandra Magana
pla         Alvaro Valdez
pla         Amalia Martinez
pla         Arandu Rodriguez
pla         Barbara Martinez
pla         Berenisa Trejo
pla         Blas Martinez, Jr
pla         Blas Martinez, Sr
pla         Brenda Aguilar
pla         Christian Trejo
pla         Consuelo Martinez
pla         Daniel Rendon
pla         Efrain Ortiz
pla         Elisa Rodriguez
pla         Elizabeth Guerrero
pla         Erika Velasquez
pla         Gisela Velasquez
pla         Gregorio Velasquez
pla         Hector Magana, Jr
pla         Hector Magana, Sr
pla         Isaac Martinez
pla         Isidro Aguilar
pla         Israel Martinez
pla         Jessica Velasquez
pla         Jesus Rivera
pla         Jonathan Guerrero
pla         Jorge Martinez
pla         Jose Manuel Rivas, Jr
pla         Jose Manuel Rivas, Sr
pla         Jose Perez
pla         Juan Lucio Villarreal
dft         Juan San Miguel, Sr
pla         Juan Trejo
pla         Julian Rivera
pla         Lilia Villarreal
pla         Lino Rendon
pla         Luz Guerrero
pla         Magda Valdez
pla         Marceleno Rodriguez
pla         Maria Arcadea Rivera
pla         Maria Carmen Rodriguez
pla         Maria De La Luz Valdez
pla         Maria De Los Angeles Velasquez
pla         Maria Lilia Villarreal
pla         Maria Rendon
pla         Maria Rodriguez
pla         Maria Villarreal
pla         Maria Zamora Magana
pla         Marissa Martinez
pla         Martin Guerrero, Jr
pla         Martin Guerrero, Sr
pla         Martin Valdez, Jr
pla         Martin Valdez, Sr
pla         Merced Ramos-Cantu
pla         Nohemi Magana
pla         Norma Magana
pla         Norma Valdez
pla         Osborn Rodriguez
pla         Oscar Valdez
pla         Perla Rodriguez
pla         Procopio Rodriguez
pla         Rafael Velasquez
pla         Raphael Villarreal
pla         Ricardo Rivera
pla         Roberto Rivera
pla         Roel Velasquez
pla         Santiago Rodriguez
pla         Susana De Los Reyes
pla         Vanessa Martinez
pla         Veronica Villarreal
pla         Victor De Los Reyes, Jr
pla         Victor De Los Reyes, Sr
dft         Yolanda San Miguel, Sr
pla         Yvonne Trejo
```

```
District/off: 0541-7          User: vcur              Page 2 of 2             Date Rcvd: Mar 03, 2004
Case: 03-07024                Form ID: pdf111         Total Served: 2

             ***** BYPASSED RECIPIENTS (continued) *****
pla          Yzette Trejo
                                                                                        TOTALS: 77, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2004**                          **Signature:**      *Joseph Speetjens*