# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| In re JUAN SAN MIGUEL and<br>YOLANDA SAN MIGUEL, SR., | ) | |
| | ) | |
| Debtors. | ) | Adversary Proceeding |
| | ) | No. 03-07024 |
| PROCOPIO RODRIGUEZ, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN SAN MIGUEL and<br>YOLANDA SAN MIGUEL, SR. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO TRANSFER AND WITHDRAW REFERENCE

Came on to be considered Plaintiffs Procopio Rodriguez' et al., opposed motion to transfer this adversary proceeding, styled Procopio Rodriguez et al., v. Juan San Miguel and Yolanda San Miguel, Cause Number 03-07024, to the Federal District Court in Brownsville, as well as Plaintiff Procopio Rodriguez' et al., motion to withdraw the reference from the Brownsville Federal District Court to this Court.

After due consideration, the Court GRANTS Plaintiffs' motions.

IT IS ORDERED that the adversary proceeding, Procopio Rodriguez et al., v. Juan San Miguel and Yolanda San Miguel, Cause Number 03-07024 is TRANSFERRED to the Brownsville Federal District Court for consolidation into Procopio Rodriguez et al., v. Trisler Seed Farms, Inc., et al., Cause Number B-03-034. The U.S. District Clerk's

Office for the Southern District of Texas is hereby instructed to take all necessary steps to

effectuate this transfer.

IT IS ALSO ORDERED that the reference from the Brownsville Federal District

Court to this Court in hereby withdrawn.

Done at McAllen, Texas on the _____ day of _____, 2004.


_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE