# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| In re:<br>Juan A. San Miguel and<br>Yolanda San Miguel,<br>    Debtors. | §<br>§<br>§<br>§ | Case No.  02-70099<br>(Chapter 7) |

| | | |
|---|---|---|
| Procopio Rodriquez, et. al,<br><br>v.<br><br>Juan A. San Miguel and<br>Yolanda San Miguel | §<br>§<br>§<br>§<br>§<br>§ | Adversary No. 03-07024 √ |

## ORDER TRANSFERRING VENUE

This adversary proceeding is transferred to the Brownsville Division.

Signed this 6th day of May, 2004.


_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

