IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 02-70099 |
| Juan A. San Miguel and | § | (Chapter 7) |
| Yolanda San Miguel, | § | |
|    Debtors. | § | |

| | | |
|---|---|---|
| Procopio Rodriquez, et. al, | § | |
| | § | |
| v. | § | Adversary No. 03-07024 |
| | § | |
| Juan A. San Miguel and | § | |
| Yolanda San Miguel | § | |

REPORT AND RECOMMENDATION TO THE DISTRICT COURT
FOR WITHDRAWAL OF REFERENCE

This Court makes this Report and Recommendation for Withdrawal of Reference to the United States District Court.

A. Report

This adversary proceeding involves the determination of the dischargeability of the Plaintiffs' claim and contains allegations of willful and malicious injury, false pretenses, false representation, or fraud, and has been brought pursuant to FED. R. BANKR. P. 7001, 11 U.S.C. §§ 523(a)(6) and/or 523(a)(2)(A). This action is a core proceeding pursuant to 28 U.S.C. § 157(b). The Plaintiffs' claims in this adversary proceeding are a subset of the claims the Plaintiffs have brought against the Defendants in United States District Court, Brownsville Division, *Procopio Rodriquez et. al. v. Trisler Seed Farms, Inc. et al.*, Cause No. B-03-034.

No opposition was filed to the motion seeking withdrawal of the reference.

B. Recommendation

Based on the foregoing report, this Court respectfully recommends to the District Court that the reference be withdrawn in the interest of judicial economy.

Signed at Houston, Texas on May 6, 2004.

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 02-70099 |
| Juan A. San Miguel and | § | (Chapter 7) |
| Yolanda San Miguel, | § | |
|    Debtors. | § | |

| | | |
|---|---|---|
| Procopio Rodriquez, et. al, | § | |
| | § | |
| v. | § | Adversary No. 03-07024 |
| | § | |
| Juan A. San Miguel and | § | |
| Yolanda San Miguel | § | |

### ORDER FOR WITHDRAWAL OF REFERENCE

Based upon the Bankruptcy Court's Report and Recommendation to the District Court for Withdrawal of Reference, it is hereby

ORDERED that the reference be withdrawn as to the above styled adversary proceeding.

Signed this ____ day of May, 2004.


_____
The Honorable Andrew S. Hanen
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

```
District/off: 0541-7          User: vcur              Page 1 of 2              Date Rcvd: May 13, 2004
Case: 03-07024                Form ID: pdf002         Total Served: 2

The following entities were served by first class mail on May 15, 2004.
aty         Antonio Villeda,   Attorney at Law,   5414 N 10th St,   McAllen, TX 78504
aty         Rodolfo David Sanchez,  Texas Rural Legal Aid,  300 S Texas Blvd,  Weslaco, TX 78596

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla         Agustin Martinez
pla         Alberto Rodriguez
pla         Alexandra Magana
pla         Alvaro Valdez
pla         Amalia Martinez
pla         Arandu Rodriguez
pla         Barbara Martinez
pla         Berenisa Trejo
pla         Blas Martinez, Jr
pla         Blas Martinez, Sr
pla         Brenda Aguilar
pla         Christian Trejo
pla         Consuelo Martinez
pla         Daniel Rendon
pla         Efrain Ortiz
pla         Elisa Rodriguez
pla         Elizabeth Guerrero
pla         Erika Velasquez
pla         Gisela Velasquez
pla         Gregorio Velasquez
pla         Hector Magana, Jr
pla         Hector Magana, Sr
pla         Isaac Martinez
pla         Isidro Aguilar
pla         Israel Martinez
pla         Jessica Velasquez
pla         Jesus Rivera
pla         Jonathan Guerrero
pla         Jorge Martinez
pla         Jose Manuel Rivas, Jr
pla         Jose Manuel Rivas, Sr
pla         Jose Perez
pla         Juan Lucio Villarreal
dft         Juan San Miguel, Sr
pla         Juan Trejo
pla         Julian Rivera
pla         Lilia Villarreal
pla         Lino Rendon
pla         Luz Guerrero
pla         Magda Valdez
pla         Marceleno Rodriguez
pla         Maria Arcadea Rivera
pla         Maria Carmen Rodriguez
pla         Maria De La Luz Valdez
pla         Maria De Los Angeles Velasquez
pla         Maria Lilia Villarreal
pla         Maria Rendon
pla         Maria Rodriguez
pla         Maria Villarreal
pla         Maria Zamora Magana
pla         Marissa Martinez
pla         Martin Guerrero, Jr
pla         Martin Guerrero, Sr
pla         Martin Valdez, Jr
pla         Martin Valdez, Sr
pla         Merced Ramos-Cantu
pla         Nohemi Magana
pla         Norma Magana
pla         Norma Valdez
pla         Osborn Rodriguez
pla         Oscar Valdez
pla         Perla Rodriguez
pla         Procopio Rodriguez
pla         Rafael Velasquez
pla         Raphael Villarreal
pla         Ricardo Rivera
pla         Roberto Rivera
pla         Roel Velasquez
pla         Santiago Rodriguez
pla         Susana De Los Reyes
pla         Vanessa Martinez
pla         Veronica Villarreal
pla         Victor De Los Reyes, Jr
pla         Victor De Los Reyes, Sr
dft         Yolanda San Miguel, Sr
pla         Yvonne Trejo
```

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

```
District/off: 0541-7      User: vcur           Page 2 of 2        Date Rcvd: May 13, 2004
Case: 03-07024            Form ID: pdf002      Total Served: 2

            ***** BYPASSED RECIPIENTS (continued) *****
pla         Yzette Trejo
                                                                         TOTALS: 77, * 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 15, 2004**                        **Signature:**   _Joseph Speetjens_