B-04-090

United States District Court
Southern District of Texas
ENTERED

JAN 1 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 02-70099 |
| Juan A. San Miguel and | § | (Chapter 7) |
| Yolanda San Miguel, | § | |
| Debtors. | § | |

| | | |
|---|---|---|
| Procopio Rodriquez, et. al, | § | |
| | § | |
| v. | § | Adversary No. 03-07024 |
| | § | |
| Juan A. San Miguel and | § | |
| Yolanda San Miguel | § | |

### ORDER FOR WITHDRAWAL OF REFERENCE

Based upon the Bankruptcy Court's Report and Recommendation to the District Court for Withdrawal of Reference, it is hereby

ORDERED that the reference be withdrawn as to the above styled adversary proceeding.

Signed this 11th day of January, 2005

_____
The Honorable Andrew S. Hanen
UNITED STATES DISTRICT JUDGE