# UNITED STATES DISTRICT COURT
## For the Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 1 2 2005

Michael N. Milby
Clerk of Court

Procopio Rodriguez
Merced Ramos–Cantu
Jose Luis Perez
Roberto Rivera
Luz Guerrero
Martin Guerrero Sr.
Martin Guerrero Jr.
Elizabeth Guerrero
Jonathan Guerrero
Hector Magana Sr.
Maria Zamora–Magana
Nohemi Magana
Alexandra Magana
Hector Magana Jr.
Norma Magana
Agustin Martinez
Amalia Martinez
Isaac Martinez
Israel Martinez
Barbara Martinez
Victor De Los Reyes Sr.
Susana De Los Reyes
Victor De Los Reyes Jr.
Brenda Aguilar
Isidro Aguilar
Maria Carmen Rodriguez
Alberto Rodriguez
Aranda Rodriguez
Santiago Rodriguez
Elisa Rodriguez
Maria Rodriguez
Osborn Rodriguez
Marceleno Rodriguez
Perla Rodriguez
Lino Rendon
Maria Rendon
Daniel Rendon
Martin Valdez Sr.
Maria De La Luz Valdez
Magda Valdez
Alvaro Valdez
Oscar Valdez
Martin Valdez Jr.
Norma Valdez
Efrain Ortiz
Marissa Martinez
Blas Martinez Jr.

Consuelo Martinez
Vanessa Martinez
Blas Martinez Jr.
Jorge Eduardo Martinez
Jose Manuel Rivas Sr.
Jose Manuel Rivas Jr.
Ricardo Rivera
Maria Arcadea Rivera
Jesus Rivera
Julian Rivera
Maria De Los Angeles Velasquez
Gregorio Velasquez
Jessica Velasquez
Gisela Velasquez
Erika Velasquez
Rafael Velasquez
Roel Velasquez
Lilia Villarreal
Raphael Villarreal
Juan Lucio−Villarreal
Veronica Villarreal
Maria Villarreal
Maria Lilia Villarreal
Berenisa Trejo
Juan Trejo
Yvonne Trejo
Christian Trejo
Yzette Trejo , et al.

                                        Plaintiff


v.                                              Case No.: 1:04−cv−00090
                                                Judge Andrew S. Hanen

Juan A. San Miguel
Yolanda San Miguel , et al.

                                        Defendant

---

## **NOTICE OF SETTING**


   TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.


Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**        1/24/05

**TIME:**        02:30 PM

**TYPE OF PROCEEDING:**        Status Conference


**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE
ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE
CONTENTS OF THIS NOTICE.**


Date:   January 12, 2005

                                        Michael N. Milby, Clerk