UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 3 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et al., | ) | Civil Action No. No. 04-090 |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| JUAN SAN MIGUEL and | ) | |
| YOLANDA SAN MIGUEL, SR., | ) | |
| Defendants | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE
AND RESCHEDULE OR CANCEL STATUS CONFERENCE**

TO THE HONORABLE JUDGE:

Come now Plaintiffs, Procopio Rodriguez, et al., and file this motion to consolidate this case with C.A. No. B-03-034. Plaintiffs also request that the status conference currently set for January 24, 2004 at 2:30pm be rescheduled or cancelled. In support of this motion would show the Court as follows:

### I. Relevant Procedural Background

1.      Plaintiffs are migrant farmworkers and their non-working family members who filed suit against Juan San Miguel, Yolanda San Miguel, Sr. and other defendants in the Federal District Court in Brownsville in February 2003. The Federal District Court case is styled <u>Rodriguez, et al. v. Trisler Seed Farms, et al.</u>, and the cause number is B-03-034. This case was assigned to Judge Andrew Hanen and referred to U.S. Magistrate Judge John William Black.

2.      After filing <u>Rodriguez, et al. v. Trisler Seed Farms, et al.</u>, Plaintiffs' counsel learned that these Defendants had filed bankruptcy cause number 02-70099 in April 2002 and that in August 2002 the debtors had received a discharge. The bankruptcy case was

filed and the bankruptcy discharge was received after Plaintiffs' claims arose but before the Federal District Court lawsuit was filed. Plaintiffs did not receive notice of the bankruptcy until after the federal court case was filed.

3.      Plaintiffs filed a motion to reopen Bankruptcy Case number 02-70099, and on August 8, 2003, U.S. Bankruptcy Judge Richard S. Schmidt ordered that the bankruptcy case be reopened. In February 2004, Judge Schmidt lifted the stay and allowed Plaintiffs to pursue their claims against the San Miguels in this action. This order is attached as Exhibit A.

4.      Plaintiffs also filed an adversary proceeding on September 18, 2003. The adversary proceeding, cause number 03-07024, sought a determination of the dischargeability of claims plead in Plaintiffs' original Federal District Court Complaint.

5.      In the hopes of speeding up and streamlining the resolution of their claims against these Defendants and the other defendants in B-03-034, Plaintiffs asked the Bankruptcy Court to recommend that the District Court withdraw the reference. On May 6, 2004, U.S. Bankruptcy Judge Marvin Isgur recommended that the reference be withdrawn. This order is attached as Exhibit B.

6.      On January 11, 2005, Judge Hanen entered an Order for Withdrawal of Reference and Civil Action No. B-04-090 was apparently assigned to the case.[1] In this action, B-04-090, Plaintiffs seek a determination of the dischargeability of various claims plead against Juan San Miguel and Yolanda San Miguel, Sr. in B-03-034.

---

[1] On May 28, 2004, Judge Hanen entered an Order for Withdrawal of Reference and referred the adversary proceeding to Judge Black for consideration with B-03-034. On August 18, 2004 this order was modified by an Order Nunc Pro Tunc.

## II. Argument

8.  This case and B-03-034 are both assigned to Judge Hanen, but B-03-034 is being handled by Magistrate Judge Black.

9.  The cases involve all of the same Plaintiffs. The two Defendants in this case are also Defendants in B-03-034.

10. The cases involve common issues of law. In fact, the claims in this case are a subset of the claims in B-03-034.

11. The facts, witnesses, and evidence that are needed to prosecute this matter will all be needed to prosecute B-03-034.

12. Counsel representing the Plaintiffs in this case are the same as those representing Plaintiffs in B-03-034.

13. Consolidation will not result in an unfair advantage to any party.

14. Consolidation will serve the interests of judicial economy and it will be more convenient for the parties.

15. Consolidation will reduce the time and expense to the parties of trying the cases separately.

16. Under Rule 42 of the Federal Rules of Civil Procedure, and for the reasons outlined above, this case would be properly consolidated into B-03-034.

17. The parties in B-03-034 are scheduled for a mediation on January 24, 2005. The Court has set a status conference in this case for the same day. In light of this fact, Plaintiffs ask that the status conference be continued.

### III. Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Court:

a.  consolidate Rodriguez, et al. v. San Miguel, et al., B-04-090, into Rodriguez, et al. v. Trisler Seed Farms, et al., B-03-034; and

b.  reschedule or cancel the status conference currently set for January 24, 2005 at 2:30pm.

Respectfully submitted,

Rodolfo Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas Blvd.
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Attorney-in-Charge for Plaintiffs

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas Blvd.
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the /3th day of January 2005, a true and correct copy of this document was sent via U.S. Mail to the Counsel for Juan San Miguel and Yolanda San Miguel, Sr.:

Roberto Guerrero
2217 N. 23rd St.
McAllen, TX 78501

Nathaniel Norton
300 S. Texas Blvd.
Weslaco, TX 78596

## CERTIFICATE OF CONFERENCE

I certify that I spoke to Roberto Guerrero, attorney for Juan San Miguel and Yolanda San Miguel, Sr. on January 12, 2005. He stated that he was not opposed to this motion.

Nathaniel Norton