UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| In re JUAN SAN MIGUEL and YOLANDA SAN MIGUEL, SR., <br><br>Debtors. | ) ) ) ) ) ) Bankruptcy Case No. 02-70099 Chapter 7 |
| PROCOPIO RODRIGUEZ, et al. <br><br>Plaintiffs, <br><br>v. <br><br>JUAN SAN MIGUEL and YOLANDA SAN MIGUEL, SR. <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### ORDER

On February 11, 2004 the Court heard Motion of Plaintiffs for Relief from the Stay.

After due consideration, the Court GRANTS Plaintiffs' motion. The Court ORDERS that the automatic stay be lifted effective February 18, 2004. Plaintiffs' may pursue their claims in the case styled <u>Procopio Rodriguez, et al. v. Trisler Seed Farms, Inc., et al.</u>, Civil Action B-03-034.

Done at McAllen, Texas, on this ___ day of FEB 13 2004, 2004.

_____
THE HONORABLE RICHARD S SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A