IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 02-70099 |
| Juan A. San Miguel and | § | (Chapter 7) |
| Yolanda San Miguel, | § | |
| Debtors. | § | |

| | | |
|---|---|---|
| Procopio Rodriquez, et. al, | § | |
| | § | |
| v. | § | Adversary No. 03-07024 ✓ |
| | § | 03-1075 ✓ |
| Juan A. San Miguel and | § | |
| Yolanda San Miguel | § | |

REPORT AND RECOMMENDATION TO THE DISTRICT COURT
FOR WITHDRAWAL OF REFERENCE

This Court makes this Report and Recommendation for Withdrawal of Reference to the United States District Court.

A. Report

This adversary proceeding involves the determination of the dischargeability of the Plaintiffs' claim and contains allegations of willful and malicious injury, false pretenses, false representation, or fraud, and has been brought pursuant to FED. R. BANKR. P. 7001, 11 U.S.C. §§ 523(a)(6) and/or 523(a)(2)(A). This action is a core proceeding pursuant to 28 U.S.C. § 157(b). The Plaintiffs' claims in this adversary proceeding are a subset of the claims the Plaintiffs have brought against the Defendants in United States District Court, Brownsville Division, *Procopio Rodriquez et. al. v. Trisler Seed Farms, Inc. et al.*, Cause No. B-03-034.

No opposition was filed to the motion seeking withdrawal of the reference.

B. Recommendation

Based on the foregoing report, this Court respectfully recommends to the District Court that the reference be withdrawn in the interest of judicial economy.

Signed at Houston, Texas on May 6, 2004.

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT
B