UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et al., | ) | Civil Action No. No. 04-090 |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| JUAN SAN MIGUEL and | ) | |
| YOLANDA SAN MIGUEL, SR., | ) | |
| Defendants | ) | |

## ORDER

On this day, came on to be considered Plaintiffs' Unopposed Motion to Consolidate. After due consideration, the Court finds that this motion is well taken. It is hereby ORDERED that this Civil Action, <u>Procopio Rodriguez, et al. v. Juan San Miguel, et al.</u>, B-04-090 be consolidated into <u>Procopio Rodriguez, et al. v. Trisler Seed Farms, et al.</u>, B-03-034.

It is further ORDERED that the status conference currently set for January 24, 2005 at 2:30pm be cancelled / rescheduled for _____.

Done at Brownsville, Texas, on this _____ day of _____, 2005.

_____
U.S. DISTRICT JUDGE ANDREW S. HANEN